**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ROBERT ZLAHN,

Petitioner

v.

TODD BLANCHE, et al.,

Respondents

Case No.: 2:26-cv-02512-APG-BNW

**Order Setting Briefing Schedule**

Petitioner Robert Zlahn filed his original petition for writ of habeas corpus on August 13, 2026. ECF No. 1. I appointed the Federal Public Defender (FPD) to represent him, but the FPD gave notice of a conflict. ECF Nos. 5, 7. Consequently, I appointed Jason Carr to represent Zlahn on August 25, 2026. ECF No. 8. Carr has not yet filed an amended petition. Consequently, I set a briefing schedule.

I THEREFORE ORDER that petitioner Robert Zlahn shall file an amended petition, a voluntary dismissal, or a notice that no amendment is necessary by October 30, 2026.

I FURTHER ORDER that the respondents may file a response by November 20, 2026.

I FURTHER ORDER that the petitioner may file a reply by December 11, 2026.

DATED this 8th day of October, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE